THE PEOPLE OF THE STATE OF NEW YORK ex rel. INDEPENDENT TELEPHONE COMPANY OF NEW YORK, Appellant, *v.* ROBERT GRIER MONROE, as Commissioner of Water Supply, Gas and Electricity of the City of New York, Respondent.

*People ex rel. Independent Tel. Co.* v. *Monroe,* 91 App. Div. 611, appeal dismissed.
(Argued May 31, 1904; decided June 14, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 27, 1904, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendant to issue a certain permit to the relator.

*George Hill* for appellant.

*John J. Delany, Corporation Counsel (Theodore Connoly* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN and WERNER, JJ. Taking no part: CULLEN, J.